IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**NATIONWIDE JUDGMENT RECOVERY, INC.,**

    Plaintiff,

v.                                                               Case No. 1:22-mc-58-AW-MAL

**DAVID W. PADOT,**

    Defendant/Judgment Debtor,

**and**

**SUNCOAST CREDIT UNION,**

    Garnishee.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 19, 2023 report and recommendation. ECF No. 24. There has been no objection. I have determined the report and recommendation should be adopted. It is now ORDERED:

1.    The report and recommendation (ECF No. 24) is adopted and incorporated into this order.

2.    Plaintiff's motion for final judgment in garnishment (ECF No. 22) is GRANTED.

3.    As to the Writ of Garnishment against Suncoast Credit Union (ECF No. 9) and the Answer of Suncoast Credit Union (ECF No. 18), judgment of garnishment in favor of Plaintiff and against Garnishee Suncoast Credit Union in the sum of

1

$238.17 is entered and Suncoast Credit Union is directed to forward the funds to Plaintiff within ten days of the date of this order, payable to Emery Law, PLLC Trust Account and mailed to Emery Law, 5011 Gate Parkway, Bldg. 100, Suite 100, Jacksonville, Florida 32256.

4. Upon so doing, the Garnishee, Suncoast Credit Union, is discharged from further liability under the Writ of Garnishment issued on July 26, 2022 as to Defendant David W. Padot.

SO ORDERED on February 21, 2023.

                                                s/ *Allen Winsor*
                                                United States District Judge